JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SPINDLER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CITY OF LOS ANGELES, *et al*.,<br><br>　　　　　Defendants. | **CASE NO. 2:18-cv-08712-JLS(E)**<br><br>Ctrm.: 750<br>Judge: The Hon. Josephine L. Staton<br><br>**ORDER ON PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Orig. Complaint Filed: October 10, 2018 |

　　Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds hereby DISMISSES Plaintiff's Third Amended Complaint with prejudice.

　　**IT IS SO ORDERED.**

DATED: May 01, 2020

_____
The Hon. Josephine L. Staton
United States District Judge

1